IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ANN BILLINGSLEY,                    )<br>                                     )<br>     Plaintiff,                     )<br>                                     )<br>     v.                             )<br>                                     )<br>CENTAUR BUILDING SERVICES           )<br>SOUTHEAST, INC.,                    )<br>                                     )<br>     Defendant.                      ) | CIVIL ACTION NO.<br>  3:11cv521-MHT<br>       (WO) |

OPINION

Plaintiff filed this lawsuit asserting age discrimination and retaliation. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment should be granted and plaintiff's motion for summary judgment denied. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of November, 2012.

                                 /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**