```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION



ANN BILLINGSLEY,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        3:11cv521-MHT
                              )           (WO)
CENTAUR BUILDING SERVICES     )
SOUTHEAST, INC.,              )
                              )
    Defendant.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 37) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 35) is adopted.

(3) Plaintiff's motion for summary judgment (Doc. No. 25) is denied.

(4) Defendant's motion for summary judgment (Doc. No. 16) is granted.

(5) Judgment is entered in favor of defendant and against plaintiff, with plaintiff taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of November, 2012.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**